**Order entered January 12, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00580-CV

---

### IN THE INTEREST OF O.M., A CHILD

---

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-79826-X

---

## ORDER

Appellant's brief is overdue. By order dated November 18, 2016, we extended the time to file appellant's brief. The brief, due on December 7, 2016, has not been filed.

The Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, and to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE